NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JESSIE MACK, JR.,                        )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D20-1104
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____)

Opinion filed September 23, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Melissa Polo,
Judge.


PER CURIAM.

        Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Hall v. State,

821 So. 2d 1154 (Fla. 2d DCA 2002); Williams v. State, 898 So. 2d 966 (Fla. 3d DCA

2005).


KELLY, ATKINSON, and SMITH, JJ., Concur.